[No. 22177-6-III.   Division Three.   October 19, 2004.]

THE STATE OF WASHINGTON, *Respondent*, v. JOHN E. MINES, JR., *Appellant*.

Appeal from a judgment of the Superior Court for Spokane County, No. 02-1-02878-1, Tari S. Eitzen, J., entered June 9, 2003. *Affirmed* by unpublished opinion per Kurtz, J., concurred in by Sweeney, A.C.J., and Schultheis, J.

[No. 22493-7-III.   Division Three.   October 19, 2004.]

DENISE L. THATCHER, *Respondent*, v. KEVIN S. THATCHER, *Appellant*.

Appeal from a judgment of the Superior Court for Spokane County, No. 03-2-05772-4, David M. Thorn, J. Pro Tem., entered September 29, 2003. *Affirmed* by unpublished opinion per Kurtz, J., concurred in by Kato, C.J., and Sweeney, J.

[No. 51951-4-I.   Division One.   October 25, 2004.]

COLLEEN BOGGS, *Appellant*, v. THE CITY OF SEATTLE, ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for King County, No. 00-2-14476-8, William L. Downing, J., entered February 20, 2003. *Affirmed* by unpublished opinion per Cox, C.J., concurred in by Agid and Appelwick, JJ.

[No. 52592-1-I.   Division One.   October 25, 2004.]

THE STATE OF WASHINGTON, *Appellant*, v. KEVIN GILBERT, *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 02-1-06083-4, Catherine D. Shaffer, J., entered May 30, 2003. *Affirmed* by unpublished opinion per Cox, C.J., concurred in by Coleman and Baker, JJ.